Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____11th_____ Division

FILED BY _____ D.C.
MAY 21 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MACK WELLS AND MAURICE SYMONETTE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S. BANK N.A. AS TRUSTEE FOR FASC 2005 AHL3, ATTORNEY EVE ALEXIS CANN, JUDGE JOSE E. MARTINEZ, JUDGE JOHN SCHLESINGER, JUDGE SEE ATTACHED.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 25-cv-22316-EAL
*(to be filled in by the Clerk's Office)*

AMENDED From May 20

## COMPLAINT AND REQUEST FOR INJUNCTION
## In Reference to: Case Number 23-cv-22640-JEM

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Maurice symonette and Mack Wells |
   | Street Address | 15020 S. River Dr. |
   | City and County | Miami-Dade |
   | State and Zip Code | Fl. 33167 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | U.S BANK N.A. AS TRUSTEE FOR FASC 2005 AHL3 |
| Job or Title *(if known)* | |
| Street Address | 800 Nicollet Mall |
| City and County | Minneapolis, Hennipen |
| State and Zip Code | MN. 55402 |
| Telephone Number | 1-800-872-2657 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Eve Alexis Cann |
| Job or Title *(if known)* | Attorney |
| Street Address | 200 East Broward Blvd. Suite 200 |
| City and County | Ft. Lauderdale |
| State and Zip Code | Fl. 33301 |
| Telephone Number | 954-786-1612 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jose E. Martinez |
| Job or Title *(if known)* | Federal District Judge |
| Street Address | 400 North Miami Ave Room 10-1 |
| City and County | Miami-Dade |
| State and Zip Code | Florida 33128 |
| Telephone Number | 305-523-5590 |
| E-mail Address *(if known)* | martinez@flsd.uscourts.gov |

Defendant No. 4

| | |
|---|---|
| Name | John Schlesinger |
| Job or Title *(if known)* | Judge |
| Street Address | 2700 Granada Blvd Coral Gables, |
| City and County | Coral Gables |
| State and Zip Code | FL 33134-5552 |
| Telephone Number | 203-399-0029 |
| E-mail Address *(if known)* | jcs2564@icloud.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Valerie Manno Schurr |
| Job or Title (if known) | Judge |
| Street Address | 73 West Flagler St. |
| City and County | Miami-Dade |
| State and Zip Code | Fl. 33130 |
| Telephone Number | 305-349-7020 |
| E-mail Address (if known) | vmannoschurr@jud11.flcourts.org |

Defendant No. 2

| | |
|---|---|
| Name | Spencer Eig |
| Job or Title (if known) | Judge |
| Street Address | 1351 Nw 12th st. #713 |
| City and County | Miami-Dade |
| State and Zip Code | Fl. 33125 |
| Telephone Number | 305-349-7122 |
| E-mail Address (if known) | seig@jud11.flcourts.org |

Defendant No. 3

| | |
|---|---|
| Name | Carlos Lopez |
| Job or Title (if known) | Judge |
| Street Address | 1351 Nw 12th st. |
| City and County | Miami-Dade |
| State and Zip Code | Fl. 33125 |
| Telephone Number | 305) 548-5761 |
| E-mail Address (if known) | F012@jud11.flcourts.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendents: US BANK NA AS TRUSTEE FOR RASC 2005 AHL3, Eve Alexis Cann, Judge Jose E MARTINEZ, Judge John Schlesinger, Judge Valerie Manno Schurr, Judge Spence Eig, Judge Carlos Lopez.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

No complaint was filed April 26,2007 on the Docket case#07-12407-CA01 line 2 they never filed a Complaint, no Allonge, and no Assignment. April 7,2009 the case was Dismissed with Prejudice and never appealed everything after that was all done without Jurisdiction over 11 of the Judges all had Millions of Dollars in Conflicts of Interest and rule in favor of U.S. Bank seven Judges recused themselves after being caught. 131 Judges found guilty of Conflicts of Interest google Ny Times they violated Bankruptcy stay and Notice of Removal stays evicted us illegally during stays and Judges Orders to stop the Foreclosure a few times were reversed by the Judge.
Zech. 11:5,3 and hold themselves not guilty but we would have been punished this is the worst Racism and discrimination ever. And they violated Trumps Executive Order of No Weaponization of government against the people like Blacks For Trump, just because you don't like their Political beliefs so you arrest

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The acts perpetrated and committed against my person constitutes vexatious filings, malicious prosecution, and Psychological terror under acts of Domestic Terrorism by sworn Federal officials whom is in charge to support protect and Defend the Constitutions. Criminal and Civil actions committed against me cannot be erased.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Enforce USC Codes of 18 USC 2382 and 18 USC 4, 18 USC 47 section 1001, 18 USC, 1341, Fraud, waste and abuse vibrations compensation for special appearances, attorneys fees, and time lost from work. Prevent any civil and Criminal Prosecutions without an injured party, and prevent any intentional and willfull violations of Constitutional laws and Federal laws. we ask for $5million.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
NOTICE of Removal 28 U.S.C. SS1446 a(b)/(1), Bankruptcy,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Maurice Symonette , is a citizen of the State of *(name)* Florida

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Martinez E. Martinez , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$5million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Miami, Florida

B.    What date and approximate time did the events giving rise to your claim(s) occur?
There's no Complaint, no Allonge, no Assignment, Dismissed with Prejudice and all of the Judges had Conflicts of interest in millions of dollars the writ Of Replevin was never answered Started in 04/26/2007 Case#07-12407-CA01 by U.S. Banks Memorandum of law which shows that this is the same case dismissed in 2007 of 2010 Case#2010-61928-CA01. They filed the same case that they're using today without Jurisdiction because the Case was dismissed with Prejudice by Judge Zabel and they never appealed It within 30 days one year later Judge Valerie allededly changed the Order but then said she never signed that Order see gods2.com Vid# and asked why did you sign that for me then Judge John

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   05/20/2025

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   MAURICE SYMONETTE, MACK WELLS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address