UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.
MAY 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MACK WELLS AND MAURICE SYMONETTE
Plaintiff

CASE NO: 25-cv-22316-EAL

v.

US BANK N.A. ET. AL
Defendants,

## MOTION TO TAKE NOTICE OF REQUEST FOR THE US MARSHALLS TO PRODUCE THE AUDIO AND THE VIDEO OF THE CLERKS OFFICE FROM MAY 20 TO MAY 21ST

Comes Now Mack Wells and Maurice Symonette with this Motion to Take Notice that we Request For the U.S. Marshalls to Produce The Audio And The Video of The Clerks Office in Federal Court For May 20 to May 21st. We know that this can be done as mentioned in Federal Rule 9-7.301.

*Mack Wells*
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

*Maurice S*
MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

Pro Se.