UNITED STATES DISTRICT COURTth

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

FILED BY __MC__ D.C.

JUL 17 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Mack Wells and Maurice Symonette   }            CASE No: 25-cv-22316-EAL

   Plaintiff.                                  }

v.                                                     }

                                               }

U.S. Bank N.A.                              }

   Defendent(s).                           }

## MOTION TO REQUEST THAT THE U.S. MARSHALL PRODUCE AUDIO AND VIDEO OF THE CLERKS OFFICE ON MAY 20TH, 21st AND 23RD BECAUSE CLERKS ARE TAMPERING WITH OUR DOCUMENTS. PROOF OF SERVICE WAS FILED ON MAY 20TH, 21st and 23rd, 2025

Comes now Mack Wells and Maurice Symonette with this Motion To Request that The U.S. Marshall Produce Audio and Video of the Clerks Office on May 20th, 21st and 23rd, we know that they have this because Federal Rule 9-7.301 says they do. a clear copy of the Certified mail receipts from the proof of service that the Defendants and the Complaint (which was never Amended names were just added to it) and the Exhibits were put in May 20th, 2025 We demand that they give us the video because these Clerks Violated our rights by violating Federal Rule 9-7.301. But the Clerks didn't file them because they're in on the Evil Fraud Scheme Plot to steal our Property. When you look on the docket you see an incomplete obscure black copy on the docket filed June 11, 2025. I'm now filing clear color copies of the Receipts Exh.(A).

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 15th day of July 2025.

_____  
MAURICE SYMONETTE  
15020 S. RIVER DR.  
MIAMI FL. 33167

_____  
MACK WELLS  
15020 S. River Drive  
Miami Fl. 33167

NEXT FRIEND

